IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT HAMPTON                                                                                  PLAINTIFF

V.                                           CASE NO. 12-CV-1103

DAVID JOHNSON, Sheriff, Ashley County;
MARK GRIEVER, Deputy; and
JOHN DOE, Certain Jail Administrators to be
named later                                                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 11, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 13) be granted in its entirety. Plaintiff has responded with objections, and the Court has reviewed the objections. ECF No. 20. The Court, being well and sufficiently advised, finds that Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation.[1] After reviewing the record *de novo*, the Court adopts the Report and Recommendation *in toto*.

Accordingly, Defendants' Motion for Summary Judgment (ECF No. 13) is **GRANTED**. Plaintiff's claims against Defendants David Johnson and Mark Griever are **DISMISSED**, and Plaintiffs case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 31st day of March, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] In his objections, Plaintiff does not deny that he failed to file a formal grievance or a request for medical treatment while he was detained. Plaintiff's objections generally consist of him referencing another case where he claims he settled with someone for $15,000 and another case where he claims he was falsely arrested.